IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

José A. Lugo Sánchez

Case No. **11-00626-BKT**

Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. The captioned Debtor(s) claimed Exemption pursuant to **§522(d) (5)** in schedule C in the amount of $1,720.00 over properties of the estate described as follows: Business equipment.

2. The Trustee, pursuant to 11 U.S.C. §522(l), objects to aforementioned claimed exemption over described estate property. As ground for the objection, the Trustee states that:

(x) The Debtor(s) is (are) not entitled to the exemption claimed pursuant to **§522(d) (5)** since exemption allowed was **used and exhausted** over other property.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the Debtor's claimed exemptions as set out above.

**20 DAYS NOTICE:** The Debtor(s) is hereby notified that unless an opposition to this objection is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 4003(b) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(S) and to her/his/their ATTORNEY, to their respective address of record.

In San Juan, Puerto Rico this **10th** day of February, 2011.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEES
P O Box 9023884
Old San Juan Station
San Juan P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3551

By: /S/ Jose R. Carrion

| | |
|---|---|
| 11-00626-BKT | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE PRIETO CARBALLO*<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE A LUGO SANCHEZ<br>PO BOX 355<br>PUNTA SANTIAGO<br>HUMACAO, PR 00741 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | AMEX<br>AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 00701 |
| BANCO POPULAR<br>PO BOX 3228<br>SAN JUAN, PR 00936-3228 | BANCO SANTANDER PUERTO<br>PO BOX 362589<br>SAN JUAN, PR 00936 |
| BANK OF AMERICA<br>4060 OGLETOWN/STANTON RD<br>NEWARK, DE 19713 | BBVA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRST BANK<br>FIA CARD SERVICE<br>Po Box 17054<br>Wilmington, DE 19850 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| GEMB/JC PENNEY PR<br>CREDIT CARD BANK OF GA<br>ALBUQUERQUE, NM 87125 | GEMB/PEP BOYS<br>PO BOX 981439<br>EL PASO, TX 79998 |
| GEMB/SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998 | JAMES B NUTTER COMPANY<br>MORTGAGE BANKERS<br>PO BOX 10346<br>KANSAS CITY, MO 64171 |
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | RETIREMENT<br>, PR 00000 |

| | |
|---|---|
| RG PREMIER BANK<br>RD 100 & 177<br>SAN JUAN, PR  00928 | SEARS/CBSD<br>PO BOX 6189<br>SIOUX FALLS, SD  57117 |
| WELLS FARGO<br>PO BOX 30086<br>LOS ANGELES, CA  90030-0086 | |
| DATED:   February 10, 2011 | Andres Manzano<br>OFFICE OF THE CHAPTER 13 TRUSTEE |